IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Action No. WMN-93-18 |
| ADEWALE JOHNSON ALADEKOBA | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM AND ORDER**

Defendant has filed two Motions to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2). ECF Nos. 464 and 465. The first motion references Amendment 505 to the United States Sentencing Guidelines (U.S.S.G.) and the second references Amendment 599. While the Sentencing Commission has indicated that both amendments are to be applied retroactively, this Court finds that neither amendment is applicable to Defendant's sentence.

As correctly characterized by Defendant, Amendment 505 provided for "[t]he elimination of the formerly available base offense levels of 40 and 42." The base offense level used to compute Defendant's sentence, however, was 36 and thus was not impacted by the Amendment 505. Amendment 599 changed Application Note 2 of U.S.S.G. § 2K2.4 to read, in pertinent part, as follows: "If a sentence under this guideline is imposed in conjunction with a sentence for an underlying offense, do not apply any specific offense characteristic for possession,

brandishing, use, or discharge of an explosive or firearm when determining the sentence for the underlying offense." U.S.S.G. App. C, amend. 599. Amendment 599 was a clarifying amendment and, as the Fourth Circuit has noted, "[e]ven before it was modified by Amendment 599, Note 2 provided that a defendant who had been convicted of a drug trafficking offense and a § 924(c) violation could not receive a § 2D1.1(b)(1) enhancement in addition to a sentence for the § 924(c) conviction." United States v. Goines, 357 F.3d 469 (4th Cir. 2004). Consistent with that Note, no enhancement was made under 2D1.1(b)(1) at Defendant's sentencing and, thus, Amendment 599 has no potential impact on Defendant's sentence.

Accordingly, it is this 30th day of March, 2017, by the United States District Court for the District of Maryland, ORDERED that:

(1) Defendant's Motions to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2), ECF Nos. 464 and 465, are both DENIED; and

(2) The Clerk of Court shall transmit a copy of this Memorandum and Order to Defendant and all counsel of record.

                                                                  _____/s/_____
                                                             William M. Nickerson
                                                             Senior United States District Judge